JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NHIN VENH HO,<br>Petitioner,<br>v.<br>ERNESTO SANTACRUZ JR., et al.,<br>Respondents. | Case No. 5:26-cv-00615-PA-PD<br>**JUDGMENT**<br>**A# 027-823-257** |

Pursuant to the Court's Order Overruling Petitioner's Objections, Accepting Report and Recommendation of United States Magistrate Judge As Modified, and Dismissing Petition Without Prejudice as Moot,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

The Clerk of the Court is directed to close this case.

DATED: September 17, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE